**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Khori Francis,<br>Plaintiff,<br>v.<br>Doug Collins,<br>Defendant. | No. CV-26-00851-PHX-DJH<br>**ORDER** |

This matter comes before the Court on its own review. On June 12, 2026, the Court granted Plaintiff's Motion for Relief from Judgment and Motion to Re-Open the Case. (Doc. 9). In doing so, the Court ordered that "Plaintiff must complete service on the defendant *and file proof of service* **by July 10, 2026**." (*Id.* at 2). While Plaintiff did file a Proof of Service (Doc. 10) on July 6, 2026, a review of the filing shows that service was deficient.

Plaintiff's Proof of Service indicates that Plaintiff mailed the Summons and Complaint to Defendant on February 12, 2026. (*See id.* at 1, 4, 8). While Plaintiff claims to have sent service packets to United States attorney for the District of Arizona, the Attorney General of the United States, and the Office of General Counsel Department of Veterans Affairs (*id.* at 6–7), several issues still abound. First and critically, Plaintiff may not effect personal service himself. Fed. R. Civ. P. 4(c). Second, Plaintiff has sued an officer in his official capacity, which means under Rule 4(i)(3), Plaintiff was required to serve the officer, and the Proof of Service does not indicate that Plaintiff did so.

Given Plaintiff's *pro se* status, he will be afforded one more opportunity to properly effectuate service on the United States and Defendant. No further extensions will be granted without a showing of extraordinary circumstances.

Accordingly,

**IT IS ORDERED** that Plaintiff's Proof of Service (Doc. 10) is hereby **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that Plaintiff must properly serve Defendant and file proof of service by October 6, 2026.

**IT IS FINALLY ORDERED** that the failure to file appropriate proof of service will result in the termination of this matter without further notice.

Dated this 15th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge